■

HELEN TOPOLSKI, Appellant, v. MARY PIETRZYKOWSKI, Respondent, et al., Defendants.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event. Memorandum: It appears from the record that this case came on for trial before the Official Referee on August 30, 1950, and that no evidence was taken. It further appears that the Referee dictated a purported stipulation of the facts which neither plaintiff nor her counsel agreed to. The findings of fact, conclusions of law and judgment are not based on any evidence and the so-called "stipulation" is not binding on plaintiff. She is entitled to her day in court. Whether or not she is entitled to any further relief than that given by this judgment is not before the court on this record. All concur. (Appeal from a judgment adjudging plaintiff to be owner of a one-half interest only in the premises described in the complaint, as tenant in common with defendant Mary Pietrzykowski.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

■

JOSEPH PALUM, Respondent, v. EDMUND R. BULLOCK et al., Defendants, and FRED D. KRAVETZ, Appellant.— Judgment affirmed, with costs. All concur. (Appeal by defendant Kravetz from a judgment for plaintiff in an action to recover a deposit made on an offer for purchase of realty.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

■

VICTORIA LOGAN, Respondent, v. C. RAYMOND OUDERKIRK, Appellant.— Order affirmed, with costs to abide the event. All concur. (Appeal from an order setting aside the verdict of a jury in favor of defendant for no cause of action, and granting a new trial in an automobile negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

■

CARMEN LOGAN, Respondent, v. C. RAYMOND OUDERKIRK, Appellant.— Order affirmed, with costs to abide the event. All concur. (Appeal from an order setting aside the verdict of a jury in favor of defendant for no cause of action, and granting a new trial in an automobile negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

■

DONALD HENDERBERG et al., Respondents, v. GEORGE MILLER, Appellant. (Action No. 1.) GEORGE MILLER, Appellant, v. DONALD HENDERBERG et al., Respondents. (Action No. 2.) — Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiffs in Action No. 1, and for defendants in Action No. 2, in an automobile negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

■

O. GATES GRIDLEY, Individually and as a Stockholder of Gridley Building Co., Inc., Suing on Behalf of Himself and All Other Stockholders Similarly Situated and in the Right of Said Corporation, Appellant, v. RUSSELL A. LARAGH et al., Respondents, and LAURA R. GRIDLEY, as a Director of Gridley Building Co., Inc., et al., Appellants.— Judgment affirmed, with costs. All